IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND ADAMS,<br><br>Defendant and Judgment Debtor.<br><br>J. P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC.,<br><br>Garnishee. | MISC. NO.:  2:13-mc-00137-WBS-EFB<br><br>**[Proposed] ORDER**<br><br>CASE NO.:  2:02-cr-00257-EJG |

The Court, having reviewed the court files and the United States' Application for an Order Terminating Writ of Continuing Garnishment (the "Application"), and finding good cause therefrom, hereby GRANTS the Application. Accordingly, it is ORDERED that the writ of garnishment previously issued on December 27, 2013 against Roland Adams is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B).

IT IS SO ORDERED.

Dated:  August 11, 2016

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE